~~AO 450 (Rev. 5/85) Judgment in a Civil Case~~ ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF  NEVADA


ANTHONY PRENTICE,

      Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER:  3:09-CV-00627-RCJ-VPC

NEVADA DEPT. OF CORRECTIONS, et al,

      Defendants.


\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Amended Complaint is DISMISSED for failure to state a claim.


| October 20, 2010 | **LANCE S. WILSON** |
|---|---|
| Date | Clerk |
| | /s/  M. Campbell |
| | Deputy Clerk |